# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO
### EASTERN DIVISION

In Re:  
SHAWN A DURBEN  
71551 STOCKDALE RD  
KIMBOLTON, OH  437499769

Case No.:   07-52728

Judge:   C KATHRYN PRESTON

SSN(S):   XXX-XX-1821

## NOTICE OF TRANSMITTAL OF UNCLAIMED FUNDS

Now comes Frank M. Pees, Standing Chapter 13 Trustee herein, and pursuant to

11 U.S.C. 347(a) and Bankruptcy Rule 3011, places unclaimed funds into the Registry

Fund.

Dated:   December 29, 2010

/s/ Frank M. Pees  
Frank M. Pees  
Chapter 13 Trustee

| Name and Address | Amount |
|---|---|
| MUSKINGUM EMERGENCY PHYSICIANS<br>PO BOX 1418<br>ZANESVILLE, OH  437021418 | 1.93 |